# Michael Eric HORNES, Plaintiff—Appellant,

v.

Kevin, WENDT, Warden; M. Arnold, Captain; D. Brown, I.S.M.; A. Temples, S.O.E.; Yeager, Tech; M. Veltri, Unit Manager; D. Jones, Case Manager; J. Osteen, Case Manager; R. Reed, Counselor; J. Muller, Officer; Unknown Mail Room Workers; T. Page, Officer; Unknown Officers; Deeds, Counselor; M. Whinnery, Officer; Unknown Shu Officers, Defendants—Appellees.

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct.

No. 05–7111.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 26, 2006.

Decided Feb. 1, 2006.

Michael Eric Hornes, Appellant Pro Se.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Michael Eric Hornes appeals the district court's order dismissing his *Bivens* * action without prejudice for failure to pay the filing fee in accordance with 28 U.S.C. § 1914 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hornes v. Wendt,* No. CA–04–261–1 (N.D.W.Va. July 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*